IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JACK PETRILLA, and wife, <br> MARY ELLEN PETRILLA, <br><br> Plaintiffs, <br><br> VS. <br><br> WAL-MART STORES EAST, L.P., <br><br> Defendant. | No: 3:13-cv-0006 <br> JURY DEMAND <br> JUDGE NIXON <br> MAGISTRATE JUDGE GRIFFIN |

## AGREED FINAL ORDER OF DISMISSAL WITH PREJUDICE

It appears to the Court that the parties have filed a joint Motion for dismissal with prejudice since all matters in controversy have been compromised and settled. Further, plaintiffs and plaintiffs' counsel represent, by plaintiffs' counsel signature below, that they have or will comply with all requirements of T.C.A. § 71-5-117 regarding TennCare and Medicare, that plaintiffs have no child support liens or arrearages outstanding or currently owed, and that any other liens, of any type or kind, will be satisfied by plaintiffs from the settlement proceeds as required by law. Based upon the foregoing, the parties' joint Motion for dismissal with prejudice is hereby granted.

It is therefore **ORDERED, ADJUDGED AND DECREED** that any and all claims are hereby dismissed with prejudice.

IT IS SO ORDERED this ___ day of ~~September~~ October, 2013.

_____
U.S. DISTRICT COURT JUDGE

Page -1-